ACCEPTED
01-15-00664-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/12/2015 1:06:59 PM
CHRISTOPHER PRINE
CLERK

No. 10CV2353

| BUILDING GALVESTON, INC. | § | IN THE DISTRICT COURTS |
|---|---|---|
| VS. | § | |
| | § | |
| | § | OF GALVESTON COUNTY, TEXAS |
| LYON CONSTRUCTION SERVICES, | § | |
| TED B. LYON, III, AND LYON | § | |
| PROPERTIES & CUSTOM HOMES, LLC | § | 405TH JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/12/2015 1:06:59 PM
CHRISTOPHER A. PRINE
Clerk

### Intervenor/Plaintiff Building Galveston, Inc. d/b/a Building Solutions' Notice of Appeal

To the Honorable Court:

Building Galveston, Inc. d/b/a Building Solutions (BGI), as Intervenor and Plaintiff, desires to appeal the Judgment entered in the matter on May 19, 2015, and any corrected or modified Judgment entered hereafter. This notice is timely pursuant to the provisions of Tex.R.App.P. 26.1(d). The party appealing is Building Galveston, Inc. d/b/a Building Solutions. This appeal has been assigned to the First Court of Appeals pursuant to the Notice of Appeal filed by defendant Ted B. Lyon, III, on or about August 3, 2015. A docketing statement is filed herewith.

Respectfully submitted,

MILLS SHIRLEY L.L.P.

By: _____
Scott Lyford
State Bar No. 12715200
P.O. Box 1943 (77553)
2228 Mechanic Street, Suite 400
Galveston, Texas 77550
409.763.2341 or 713.204.7255
Fax: 409.763.2879

Attorneys for Building Galveston, Inc. d/b/a
Building Solutions

## Certificate of Service

By signature above, I certify that TEX. R. CIV. P. 21 and 21a have been complied with on August 12, 2015, by serving a copy of the foregoing on each party herein by emailing a copy of same to the recipient's current email address. A copy has been served on the following persons:

Josh Birmingham
Ben Taylor
Ted B. Lyon & Associates, P.C.
Town East Tower, Suite 525
18601 LBJ Freeway
Mesquite, Texas 75150

Susan E. Criss
Criss Law Office
719 59th Street
Galveston, Texas
77551